AO 91 (Rev. 11/11) Criminal Complaint

DOA: 11/15/2026

# UNITED STATES DISTRICT COURT
for the
District of Arizona

United States of America
v.
Juan Manuel Romero-Duran,
a.k.a.: Juan Manuel Romero Duran,
a.k.a.: Juan Manuel Romero-Medina,
A #077 136 898
*Defendant*

Case No. 26-7050MJ

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about November 15, 2026, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

Juan Manuel Romero-Duran, an alien, was found in the United States at or near Fort McDowell, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Ysidro, California, on or about May 24, 2016, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

C. Bailey Jr. Digitally signed by CHARLES BAILEY
Date: 2026.11.16 10:57:36 -07'00'

AUTHORIZED BY: Charles E. Bailey Jr., P.S. for AUSA Patrick Sloane

☒ Continued on the attached sheet.

JUAN M AGUIRRE Digitally signed by JUAN M AGUIRRE
Date: 2026.11.16 11:13:36 -07'00'

*Complainant's signature*

Juan M. Aguirre
ICE Deportation Officer

*Printed name and title*

Sworn to telephonically.

Date: November 16, 2026 @ 11:48 a.m.

Mary Bridget Minder

*Judge's signature*

City and state: Phoenix, Arizona

M. Bridget Minder
United States Magistrate Judge

*Printed name and title*

**STATEMENT OF PROBABLE CAUSE**

I, Deportation Officer Juan M. Aguirre, declare under penalty of perjury that the following is true and correct.

1. I am a Deportation Officer. I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about November 15, 2026, officers with the Immigration and Customs Enforcement (ICE) office were patrolling with officers with the United States Forest Service, and observed a group of individuals unsafely shooting at trash in the Lower Sycamore Dispersed Recreation Area, in the Tonto National Forest, at or near Fort McDowell, Arizona. At the scene, ICE officers encountered Juan Manuel Romero-Duran and determined him to be a citizen of Mexico, unlawfully present in the United States. Romero-Duran was taken into ICE custody transported to the Phoenix ICE office for further investigation and processing. Romero-Duran was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration history checks revealed Juan Manuel Romero-Duran to be a citizen of Mexico and a previously deported alien. Romero-Duran was removed from the United States to Mexico, through San Ysidro, California, on or about May 24, 2016, pursuant to a final order of removal issued by an immigration judge. There is no record of

Romero-Duran in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his last removal. Romero-Duran's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that on or about October 19, 2015, Juan Manuel Romero-Duran was convicted of Re-Entry of Removed Alien, a felony offense, in the United States District Court, District of Arizona. Romero-Duran was sentenced to twelve (12) months and one (1) day of imprisonment, and three (3) years of supervised release. Romero-Duran's criminal history was matched to him by electronic fingerprint comparison.

5. On or about November 16, 2026, Juan Manuel Romero-Duran was advised of his constitutional rights. Romero-Duran freely and willingly acknowledged his rights but did not agree to provide a statement under oath.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about November 15, 2026, Juan Manuel Romero-Duran, an alien, was found in the United States at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, or removed from the United States at or near San Ysidro, California, on or about May 24, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section

1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

7. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

JUAN M AGUIRRE Digitally signed by JUAN M AGUIRRE
Date: 2026.11.16 11:15:50 -07'00'

Juan M. Aguirre
Deportation Officer
Immigration and Customs Enforcement

Sworn to telephonically on
November 16, 2026

Mary Bridget Minder

M. Bridget Minder
United States Magistrate Judge